**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| HEATHER NICOLE GRAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-00424 |
| | ) | |
| WHITLEY COUNTY CONSOLIDATED | ) | |
| SCHOOLS GOVERNING BOARD; DR. | ) | |
| LAURA MCDERMOTT, in her official | ) | |
| capacity as Superintendent for Whitley | ) | |
| County Consolidated Schools and in her | ) | |
| Individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR TELEPHONIC STATUS CONFERENCE**

The Parties, each by their respective counsel, jointly and respectfully submit this motion for a telephonic status conference with the Magistrate Judge, at the Court's earliest convenience, to discuss scheduling a settlement conference with the Court.

Jointly and Respectfully Submitted,

/s/ *Adam C. Shelton (by permission)*
Adam C. Shelton
**Scharf-Norton Center for
Constitutional Litigation
at the GOLDWATER INSTITUTE**
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org
*Attorneys for Plaintiff*

1

*/s/ Matthew S. Tarkington*
Matthew S. Tarkington (23773-49)
**LEWIS KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indiana 46282
Telephone: (317) 639-1210
Facsimile: (317) 639-4882
E-mail: mst@lewis-kappes.com
*Attorneys for Defendants*