**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| HEATHER NICOLE GRAVES,<br><br>Plaintiff,<br><br>WHITLEY COUNTY CONSOLIDATED SCHOOLS GOVERNING BOARD; DR. LAURA MCDERMOTT, in her official capacity as a Superintendent for Whitley County Consolidated Schools and in her individual capacity,<br><br>Defendants. | Case No. 1:25-cv-00424-HAB-ALT |

**JOINT MOTION TO VACATE DISPOSITIVE MOTION DEADLINE**

The Parties, each by their respective counsel, jointly and respectfully submit this motion to vacate the dispositive motion deadline. This motion should be granted for the reasons that follow.

1. A dispositive motion deadline is set for October 29, 2026 (Docket 35).

2. The Parties jointly and respectfully request that this Court issue an order vacating the dispositive motion deadline.

3. There is good cause for this request.

4. The Parties are currently working on finalizing a settlement agreement that will resolve all claims in this matter.

**WHEREFORE,** the Parties jointly and respectfully request this Court to issue an order vacating the dispositive motion deadline. A proposed order accompanies this motion.

**RESPECTFULLY SUBMITTED** this 23rd day of October 2026 by:

/s/ *Adam C. Shelton*
Adam C. Shelton
**Scharf-Norton Center for Constitutional Litigation**
**at the GOLDWATER INSTITUTE**
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

*Attorney for Plaintiff*

/s/ *Matthew S. Tarkington* (w/permission)
Matthew S. Tarkington (23773-49)
**LEWIS KAPPES, P.C.**
One American Square, Suite 2500
Indianapolis, Indianaa 46282
Telephone: (317) 639-1210
Facsimile: (317) 639-4882
mst@lewis-kappes.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on October 23, 2026 on Defendants' counsel via CM/ECF sent to:

Karen Glasser Sharp
James E. Zoccola
Matthew S. Tarkington
LEWIS KAPPES, P.C.
One American Square, Suite 2500
Indianapolis, Indiana 46282
ksharp@lewis-kappes.com
jzoccola@lewis-kappes.com
mtarkington@lewis-kappes.com
*Attorneys for Defendants*

*_/s/ Adam Shelton_*
Adam Shelton